UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CALEB LINDSEY,<br><br>    Plaintiff(s),<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, et al.,<br><br>    Defendant(s). | Case No. 2:25-cv-01027-RFB-NJK<br><br>**Order**<br><br>[Docket No. 1] |

Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 1. Plaintiff's application is incomplete as no information is provided as to questions 5 or 8. Moreover, the financial situation portrayed in the application is a logical impossibility, as the identified expenses greatly exceed the identified income. Hence, it is not clear whether Plaintiff has some other source of income, such as from the employment of a spouse. *Cf. Flores v. Colvin*, 2014 U.S. Dist. LEXIS 93236, at *3-4 (D. Nev. May 22, 2014) (collecting cases that the *in forma pauperis* analysis evaluates all income and assets to which the plaintiff has access, including those of a spouse).

Accordingly, the application to proceed *in forma pauperis* is **DENIED** without prejudice. The Clerk's Office is **INSTRUCTED** to send Plaintiff a copy of the long form *in forma pauperis* application for non-prisoners. Plaintiff must answer all questions in this long form application and must file the completed application by June 30, 2025. Failing to comply with this order may result in a recommendation that this case be dismissed.

IT IS SO ORDERED.

Dated: June 16, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1